UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER NEWBERRY,
    Plaintiff,

vs.                                      Case No.: 3:22cv5474/TKW/ZCB

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice**.

---

[1] The copy of the Report and Recommendation mailed to Plaintiff's address of record was returned as undeliverable, *see* Doc. 9, so the Clerk re-mailed it to him "at the address reflected in the Escambia County Jail locator system." Doc. 9-1. Plaintiff presumably received the subsequent mailing because it was not returned by the Post Office.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

4. The Clerk shall send this Order and the Judgment to Plaintiff at the address reflected in Doc. 9-1.

**DONE and ORDERED** this 3rd day of October, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**